IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CIRCO ENTERPRISES, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.  8:12CV145 |
| vs. ) | |
| ) | |
| **GREAT NORTHERN INSURANCE** ) | |
| **COMPANY, a member of the CHUBB** ) | ORDER |
| **GROUP OF INSURANCE** ) | |
| **COMPANIES,** ) | |
| ) | |
| **Defendant.** ) | |

The undersigned, Magistrate Judge F. A. Gossett hereby recuses himself from this case.  Therefore,

**IT IS ORDERED:**

The Clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 30th day of April 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge