# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CIRCO ENTERPRISES, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) 8:12CV145 ) ) ORDER |
| **GREAT NORTHERN INSURANCE COMPANY,** | ) ) ) |
| **Defendant.** | ) ) |

Upon notice of settlement given to the magistrate judge on November 29, 2012, in the parties' Third Joint Report as to Mediation Matters (Filing No. 21),

**IT IS ORDERED that:**

1. **On or before December 20, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Laurie Smith Camp, at *smithcamp@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 30th day of November, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge